UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TEARRE M. WILLIAMS,<br><br>                              Plaintiff,<br><br>         -against-<br><br>KELLY MURAN, ADA; JUDGE N. ROSS;<br>STEVEN HOFFNER, ESQ.,<br><br>                              Defendants. | 22-CV-3008 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued July 18, 2022, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i)-(iii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   July 18, 2022
        New York, New York

                                                     /s/ Laura Taylor Swain
                                                     LAURA TAYLOR SWAIN
                                                  Chief United States District Judge